**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Copy Control Managment, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FDBA  CCM Graphics** <br> **FDBA  CCM Graphics Solutions** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **59-7114115** |

4. **Debtor's address**

**Principal place of business**

**5731 Benjamin Center Dr.**
**Tampa, FL 33634**
Number, Street, City, State & ZIP Code

**Hillsborough**
County

**Mailing address, if different from principal place of business**

_____
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **ccmgraphicsolutions.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Copy Control Managment, Inc.**                                    Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>3231</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor  **Copy Control Managment, Inc.**
Name

Case number (*if known*) _____

Debtor    **Copy Control Managment, Inc.**                                    Case number (*if known*) _____
          Name

**11. Why is the case filed in** *Check all that apply:*
**this district?**

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or** ☑ No
**have possession of any**
**real property or personal** ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**
**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No

- ☐ Yes.  Insurance agency _____

         Contact name _____

         Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of** .    *Check one:*
**available funds**

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**
**creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Copy Control Managment, Inc.**                                    Case number (*if known*)
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 21, 2020**
               MM / DD / YYYY

**X** **/s/ Robert Cayo**                                    **Robert Cayo**
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Daniel Etlinger**                    Date    **April 21, 2020**
Signature of attorney for debtor                         MM / DD / YYYY

**Daniel Etlinger**
Printed name

**David Jennis, PA d/b/a Jennis Law Firm**
Firm name

**606 East Madison Street**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone    **(813) 229-2800**    Email address    **ecf@JennisLaw.com**

**77420 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Copy Control Managment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 21, 2020**          *X* **/s/ Robert Cayo**
                                          Signature of individual signing on behalf of debtor

                                          **Robert Cayo**
                                          Printed name

                                          **President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Copy Control Managment, Inc.** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Accurate Laminating 1307 W. Gray St. Tampa, FL 33606** | | | | | | **$8,636.76** |
| **Capital One PO Box 60599 City of Industry, CA 91716-0599** | | | | | | **$14,689.00** |
| **Donald F. Cayo Jr. 1966 Diamond Ct. Oldsmar, FL 34677** | | | | | | **$11,365.40** |
| **Donald F. Cayo Jr. 1966 Diamond Ct. Oldsmar, FL 34677** | | | | | | **$26,359.68** |
| **Eastgroup Properties PO Box 534563 Atlanta, GA 30353-4563** | | | | | | **$16,797.00** |
| **Federal Express PO Box 660481 Dallas, TX 75266-0481** | | | | | | **$9,809.43** |
| **Flagship Community Bank 4095 Tampa Rd. Oldsmar, FL 34677** | | PPP Loan | | | | **$150,782.00** |
| **Konica Minolta Premier Financing PO Box 105710 Atlanta, GA 30348** | | | | | | **$7,311.50** |
| **Phillip Kennedy 2237 Hollow Forest Ct. Wesley Chapel, FL 33543** | | | | | | **$6,538.46** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Copy Control Managment, Inc.** | Case number *(if known)* | |
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ricoh USA, Inc.**<br>**70 Valley Stream**<br>**Parkway**<br>**Malvern, PA 19355** | | | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$865,857.20** |
| **Robert Cayo**<br>**18805 Cypress**<br>**Shores Dr.**<br>**Lutz, FL 33548** | | loan to business | | | | **$320,380.23** |
| **Robert Cayo**<br>**18805 Cypress**<br>**Shores Dr.**<br>**Lutz, FL 33548** | | | | | | **$10,596.16** |
| **Susan Snyder**<br>**1966 Diamond Ct.**<br>**Oldsmar, FL 34677** | | | | | | **$6,538.46** |
| **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** | | | **Disputed** | | | **$12,749.38** |
| **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** | | promissory note | | | | **$256,202.81** |
| **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** | | | **Disputed** | | | **$125,001.96** |
| **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** | | | **Disputed** | | | **$116,195.96** |
| **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** | | | **Disputed** | | | **$87,588.03** |
| **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** | | | **Disputed** | | | **$71,481.20** |
| **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** | | | **Disputed** | | | **$19,073.72** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Copy Control Managment, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................................... $ _____ 0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................................ $ _____ 444,874.81

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.................................................................................................. $ _____ 444,874.81

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ _____ 44,191.45

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ 2,136,856.52

4. **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b

| $ | 2,181,047.97 |
| --- | --- |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Copy Control Managment, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$1,329.88** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Flagship Bank** | **Checking** | 6584 | **$8,640.46** |
| 3.2.   **TD Bank - escrow account** | **Checking** | | **$31,310.81** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                      **$41,281.15**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1.   **Deposit with EastGroup Properties #1731** | **$18,862.00** |
|---|---|

Debtor    **Copy Control Managment, Inc.**                                     Case number *(If known)* _____
             Name

| | | |
|---|---|---|
| 7.2. | **Security deposit with TECO #9993** | $5,335.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    $24,197.00
        Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          76,709.00      -          5,800.00    = ....          $70,909.00
                            face amount                doubtful or uncollectible accounts

11b. Over 90 days old:            101,411.00      -         62,000.00    =....           $39,411.00
                            face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                   $110,320.00
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** **See attached report** | | $0.00 | | $19,155.81 |
| 20.    **Work in progress** **Customer print/copy job in progress** | | $0.00 | | $18,998.74 |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**_____    Case number *(If known)* _____
Name

23.    **Total of Part 5.**                                                                              | **$38,154.55** |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

       ■ No.  Go to Part 7.
       ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

       ☐ No.  Go to Part 8.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **10 deks, 10 office chairsm 6-3 drawer file cabinets, 1-2 drawer vertical file cabinets, small conference table w/6 chairs** | **$0.00** | | **$2,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **1 Ricoh 1106ex, 1 Ricoh Aficio MPC4500, 7 Dell PCs, 14 Dell minotirs, 2 Dell 24 port switches, 1 VIN Power digital DVD tower burner, 2 Dell Power Edge servers, 2 HP Prodesk PCs** | **$0.00** | | **$3,000.00** |
| 5x10 Colex flatbed cutter | **$0.00** | | **Unknown** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                             | **$5,000.00** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**                              Case number *(If known)* _____
           Name

■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2012 Ford Transit Connect VIN#xxx0259** | $0.00 | | $1,085.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**See attached list** | $0.00 | | $74,055.11 |

| 51.    **Total of Part 8.** | $75,140.11 |
|---|---|
| Add lines 47 through 50.  Copy the total to line 87. | |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**
_____    Case number *(If known)* _____
          Name

60.    **Patents, copyrights, trademarks, and trade secrets**

61.    **Internet domain names and websites**

62.    **Licenses, franchises, and royalties**
       **collegiate license for wall art products** _____    _____ $0.00    _____    _____ $0.00

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                            _____ $0.00
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit**
       **has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of**
       **every nature, including counterclaims of the debtor and rights to**
       **set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Funds from PPP that are specifically earmarked for**
       **payroll and rent**                                                            $150,782.00

Debtor    **Copy Control Managment, Inc.**
            _____     Case number *(If known)* _____
            <sub>Name</sub>

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

$150,782.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor   **Copy Control Managment, Inc.**
Name

Case number *(If known)*

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $41,281.15 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $24,197.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $110,320.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $38,154.55 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $75,140.11 | |
| 88. **Real property.** *Copy line 56, Part 9.....................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $150,782.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $444,874.81 | +91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $444,874.81 |

# Inventory Valuation Report

### As Of 4/20/20

| Inventory Item | Description | InvSize | Value |
|---|---|---|---|
| T-100LB-ACCENT OPAQUE-COVER-11X17 | 11x17 100# Accent Opaque Cover,800/Ctn | 11" x 17" | 17.92 |
| T-100LB-ACCENT OPAQUE-COVER-12X18 | 12x18 100# Accent Opaque Cover,800/Ctn | 12" x 18" | 313.67 |
| T-100LB-BLAZER DIGITAL-GLOSS COVER-12) | 12x18 100# Blazer Digital Gloss Cover,500 Sht/Pkg | 12" x 18" | 81.23 |
| T-100LB-BLAZER DIGITAL-GLOSS-TEXT-12X1 | 12x18 100# Blazer Digital Gloss Text,500 Sht/Pkg | 12" x 18" | 126.01 |
| T-100LB-BLAZER DIGITAL-SATIN COVER-12X' | 12x18 100# Blazer Digital SATIN Cover,500 Sht/Pkg | 12" x 18" | 46.43 |
| T-100LB-BLAZER DIGITAL-SATIN-TEXT-12X18 | 12x18 100# Blazer Digital Satin Text,500 Sht/Pkg | 12" x 18" | 70.33 |
| T-100LB-ENDURANCE-GLOSS-COVER-12X18 | 12x18 100# Endurance Gloss Cover 250 Sht/Pkg | 12" x 18" | 30.24 |
| T-100LB-ENDURANCE-GLOSS-COVER-13X19 | 13x19 100# Endurance Gloss Cover 300 Sht/Pkg | 13" x 19" | 86.53 |
| T-100LB-ENDURANCE-GLOSS-TEXT-11X17 | 11x17 100# Endurance Gloss Text 500 Sht/Pkg | 11" x 17" | 48.99 |
| T-100LB-ENDURANCE-GLOSS-TEXT-12X18 | 12x18 100# Endurance Gloss Text,500 Sht/Pkg | 12" x 18" | 399.59 |
| T-100LB-ENDURANCE-SILK-COVER-12X18 | 12x18 100# WHITE ENDURANCE SILK COVER 200/RN | 12" x 18" | 756.00 |
| T-100LB-ENDURANCE-SILK-COVER-13X19 | 100# Endurance Silk Cover | 13" x 19" | 129.80 |
| T-100LB-HOUSE-GLOSS-COVER-12X18 | 12x18 100# Blazer Digital Gloss Cover 500 Sht/ctn | 12" x 18" | 27.06 |
| T-100LB-LINEN_COVER12X18 | 100# Linen Cover | 12" x 18" | 140.00 |
| T-100LB-UDIGITAL-VELVET-TEXT-12X18 | 12x18 100# WHITE U DIGITAL VELVET TEXT 1000/CT | 12" x 18" | 37.69 |
| T-10 ENVELOPE | #10 Envelope | 4 1/8" x 9 1/2" | 229.50 |
| T-10MIL-POLIPRINT-POLYESTER-12X18 | 12x18 10mil PoliPrint Dull ,White,250 Sht/Ctn | 12" x 18" | 500.00 |
| T-10MIL-PVC PLASTIC-12X18 | 12x18 10mil Synthetic PVC ,White,250 Sht/Ctn | 12" x 18" | 235.67 |
| T-10MIL-SYNAPS-POLYESTER-12X18 | 12x18 10mil SYNAPS POLY ,White,600 Sht/Ctn | 12" x 18" | 261.63 |
| T-120LB-ACCENT OQAQUE-COVER-12X18 | 120LB-ACCENT OQAQUE-COVER-12X18 | 12" x 18" | 48.39 |
| T-120LB-ENDURANCE-GLOSS-COVER-12X18 | 12x18 120# Endurance Gls Cover, 12x18,200 Sht/Pkg | 12" x 18" | 13.49 |
| T-120LB-ENDURANCE-GLOSS-COVER-13X19 | 13x19 120# Endurance Gls Cover, 13x19, 200 Sht/Pkg | 13" x 19" | 27.01 |
| T-120LB-FUTURA LASER-GLOSS-COVER-12X | 12x18 120# Futura Gls Cover, 12x18,400 Sht/CTN | 12" x 18" | 77.83 |
| T-120LB-LYNX DIGITAL-COVER SMOOTH-12X | 12x18 120# LYNX DIGI Cover, 12x18, 375/CTN | 12" x 18" | 339.79 |
| T-120LB-LYNX DIGITAL-GLOSS-COVER-13X1S | 13x19 120# LYNX DIGI Gls Cover, 13x19, 375/CTN | 13" x 19" | 11.17 |
| T-130LB-BLAZER DIGITAL-GLOSS COVER-12) | 12x18 130# Blazer Digital Gloss Cover,500 Sht/Pkg | 12" x 18" | 161.54 |
| T-130LB-ENDURANCE-GLOSS-COVER-12X18 | 12x18 130# Endurance Gls Cover 250 Sht/Pkg | 12" x 18" | 13.94 |
| T-130LB-ENDURANCE-GLOSS-COVER-13X19 | 130# Endurance Gloss Cover 13x19 | 13" x 19" | 8.45 |
| T-13OZ-GLOSS VINYL BANNER-31X90 | 31X90FT 13oz UltraFlex Gloss Vinyl Banner 1RL | 31" | 146.08 |
| T-13OZ-GLOSS VINYL BANNER-38X90 | 38X164FT 13oz UltraFlex Gloss Vinyl Banner 1RL | 38" | 158.35 |
| T-14MIL-SYNAPS-POLYESTER-12X18 | 12x18 14mil SYNAPS POLY ,White,600 Sht/Ctn | 12" x 18" | 417.63 |
| T-14PT-CAROLINA-C2S-COVER-13X19 | 13x19 14PT Carolina C2S Gls Cvr,400 Sht/Ctn | 13" x 19" | 161.85 |
| T-15MIL-PVC PLASTIC-12X18 | 12x18 15mil PVCI ,White,250 Sht/Ctn | 12" x 18" | 283.42 |
| T-20LB-BLUE-SPRINGHILL-11X17 | 11x17 20Lb BLUE Springhill 5000/CT | 11" x 17" | 35.45 |
| T-20LB-CANARY-SPRINGHILL-8.5X11 | 8 1/2X11 20Lb CANARY Springhill 5000/CT | 8 1/2" x 11" | 10.01 |
| T-20LB-PINK-EARTHCHOICE-8.5X11 | 8 1/2X11 20Lb PINK Springhill 5000/CT | 8 1/2" x 11" | 10.01 |
| T-20LB-WHITE-OFFICE-BOND-TEXT-8.5X11 | 8.5x11 20# Office Paper Bond ,White, 5000Sht/Ctn | 8 1/2" x 11" | 120.78 |
| T-20LB-WHITE-VECTORMP-BOND-TEXT-8.5X1 | 8.5x14 20# Vector Multipurpose Bond, Wht, 5000/Ctn | 8 1/2" x 14" | 21.99 |
| T-24LB 36X300 COATED | 24# 36"X300' MAC MEDIA PREM COATED MATTE C2S | 36" x 100' | 317.14 |
| T-24LB-WHITE-IMAGE PRINT MULTI-11X17 | 11x17 24# IMAGE PRINT MULTI White | 11" x 17" | 304.07 |
| T-24LB-WHITE-NAVIGATOR-11X17 | 11x17 24# Navigator White,2500/Ctn | 11" x 17" | 1,324.99 |

| | | | |
|---|---|---|---|
| T-28LB-HAMMERMILLCC-TEXT-11X17 | 11x17 28# Hammermill ,500 Sht/Pkg, 4 Pkg/Ctn | 11" x 17" | 62.38 |
| T-28LB-HAMMERMILLCC-TEXT-12X18 | 12x18 28# Hammermill ,500 Sht/Pkg, 4 Pkg/Ctn | 12" x 18" | 1,147.44 |
| T-48X96-.1875IN FOAMBOARD | 3/16in White Foamboard 48in x 96in | 48" x 96" | 27.00 |
| T-60LB-12X18 HUSKY DIGITAL TXT SMOOTH-' | 12X18 60# HUSKY DIGITAL TXT WHITE,1200/Ctn | 12" x 18" | 297.91 |
| T-60LB-ACCENT OPAQUE-TEXT-12X18 | 12x18 24/60# Accent Opaque Text,2000/Ctn | 12" x 18" | 42.13 |
| T-60LB-BLUE-DOMTAR-EARTHCHOICE-VELLL | 11x17 60# DOMTAR EARTHCHOICE Blue,2500/Ctn | 11" x 17" | 63.30 |
| T-60LB-CREAM-SPRINGHILL-BOND-TEXT-11X | 11x17 60# Springhill ,Cream,500 Sht/Pkg, 5 Pkg/Ctn | 11" x 17" | 25.50 |
| T-60LB-DIVERSIPRINT CRACK PEEL-GLOSS-1 | 12x18 60# DIVERSIPRINT PERMANENT GLOSS | 12" x 18" | 198.69 |
| T-60LB-GRAY-DOMTAR-EARTHCHOICE-VELLI | 11x17 60# DOMTAR EARTHCHOICE GRAY,2500/Ctn | 11" x 17" | 24.95 |
| T-60LB-GREEN-DOMTAR-EARTHCHOICE-VEL | 11x17 60# DOMTAR EARTHCHOICE GREEN,2500/Ctn | 11" x 17" | 90.90 |
| T-60LB-IVORY-EARTHCHOICE-11X17 | 11X17 60# IVORY EARTHCHOICE COLORS | 11" x 17" | 87.32 |
| T-60LB-PPLUS-CRACKNPEEL-GLOSS-12X18 | 12x18 60# PPLUS Press Sens Gls Perm,100 Sht/Bx | 12" x 18" | 27.23 |
| T-60LB-PRESTIGE-VINYLCRACKNPEEL-MATT | 12x18 Vinyl Starliner Matte, Remove, Wht,100/Ctn | 12" x 18" | 38.90 |
| T-60LB-TAN-SPRINGHILL-BOND-TEXT-11X17 | 60#-TAN-SPRINGHILL-TEXT-11X17 | 11" x 17" | 27.75 |
| T-65LB-CANARY-EARTHCHOICE-8.5X11 | 65LB-CANARY-EARTHCHOICE-8.5X11 | 8 1/2" x 11" | 8.06 |
| T-65LB-IVORY-EARTHCHOICE-23X35 | 23X35 65# IVORY EARTHCHOICE COLORS | 23" x 35" | 51.20 |
| T-65LB-ORANGE ASTROBRIGHT-COVER-8.5X | 65LB-ORANGE ASTROBRIGHT-COVER-8.5X11 | 8 1/2" x 11" | 21.68 |
| T-67LB-GOLDENROD-SPRINGHILL-VELLUM-C | 8.5x11 67# Springhill Bristol,GOLDENR, 2000sht/Ctn | 8 1/2" x 11" | 23.91 |
| T-80LB-ACCENT OPAQUE-COVER-11X17 | 17X11 80# ACCENT OPAQUE COVER 1000/CT | 11" x 17" | 83.59 |
| T-80LB-ACCENT OPAQUE-COVER-12X18 | 18X12 80# ACCENT OPAQUE COVER 1000/CT | 12" x 18" | 63.17 |
| T-80LB-ACCENT OPAQUE-TEXT-12X18 | 18X12 80# ACCENT OPAQUE TEXT 1000/CT | 12" x 18" | 60.74 |
| T-80LB-BLAZER DIGITAL-GLOSS-COVER-11X' | 11x17 80# Blazer Digital Gloss Cover ,750 Sht/ctn | 11" x 17" | 81.00 |
| T-80LB-BLAZER-GLOSS-COVER-12X18 | 12x18 80# Blazer Gloss Cover ,250 Sht/Pkg | 12" x 18" | 46.85 |
| T-80LB-BLAZER-GLOSS-TEXT-11X17 | 11x17 80# Blazer Gloss Text | 11" x 17" | 148.38 |
| T-80LB-BLAZER-GLOSS-TEXT-12X18 | 12x18 80# Blazer Gloss Text | 12" x 18" | 1,034.63 |
| T-80LB-BLAZER-GLOSS-TEXT-13X19 | 13x19 80# Blazer Gloss Text | 13" x 19" | 131.90 |
| T-80LB-BLAZER-SATIN-COVER-12X18 | 12x18 80# Blazer Satin Cover ,750 Sht/CTN | 12" x 18" | 243.43 |
| T-80LB-BLAZER-SATIN-TEXT-12X18 | 12x18 80# Blazer Satin Text ,750 Sht/CTN | 12" x 18" | 140.64 |
| T-80LB-ENDURANCE-GLOSS-COVER-11X17 | 11x17 80# Endurance Gloss Cover ,250 Sht/Pkg | 11" x 17" | 23.77 |
| T-80LB-ENDURANCE-GLOSS-COVER-12X18 | 12x18 80# Endurance Gloss Cover ,250 Sht/Pkg | 12" x 18" | 49.59 |
| T-80LB-ENDURANCE-GLOSS-COVER-13X19 | 13x19 80# Endurance Gloss Cover ,400 Sht/Pkg | 13" x 19" | 51.92 |
| T-80LB-ENDURANCE-GLOSS-TEXT-11X17 | 11x17 80# Endurance Gloss Text ,500 Sht/Pkg | 11" x 17" | 38.94 |
| T-80LB-ENDURANCE-GLOSS-TEXT-12X18 | 12x18 80# Endurance Gloss Text ,500 Sht/Pkg | 12" x 18" | 363.36 |
| T-80LB-ENDURANCE-GLOSS-TEXT-13X19 | 13x19 80# Endurance Gloss Text ,800 Sht/Pkg | 13" x 19" | 45.23 |
| T-80LB-ENDURANCE-SILK-COVER-18X12 | 80LB-ENDURANCE-SILK-COVER-18X12 200 Sht/Pkg | 12" x 18" | 105.19 |
| T-80LB-HAMMERMILLCC-COVER-11X17 | 11x17 80# Hammermill Cover, 1000/Ctn | 11" x 17" | 76.35 |
| T-80LB-HAMMERMILLCC-COVER-12X18 | 12x18 80# Hammermill Cover, 1000/Ctn | 12" x 18" | 55.50 |
| T-80LB-LYNX DIGITAL-COVER-11X17 | 17X11 80# LYNX DIGITALE COVER 1000/CT | 11" x 17" | 177.98 |
| T-80LB-MOHAWK KRAFT  VELLUM 26 X 40 | Mohawk Kraft 80# Vellum 26x40 | 26" x 40" | 38.60 |
| T-8MIL 36X100 SATIN | 8MIL 36"X100' SATIN MAC MEDIA PHOTOBASE ROLL | 36" x 100' | 99.11 |
| T-A7 ENVELOPE 5.25X7.25 | A7 Envelopes 60# 5.25X7.25  250/Bx | 4 3/4" x 6 1/2" | 45.00 |
| T-BLACKVINYL | Black Vinyl | | 49.00 |
| T-CANV-54INX115FT-ULTRAFLEX CANVAS-R( | CANVAS-54INX115FT-ULTRAFLEX CANVAS-ROLL | 54" | 37.90 |
| T-CHIPBOARD-22PT-26X38 | CHIPBOARD 26X38 22PT 90# | 11" x 8 1/2" | 67.60 |
| T-CHIPBOARD-22PT-8.5X11 | CHIPBOARD 8.5x11 22PT 90# | 11" x 8 1/2" | 54.50 |
| T-COIL-BLACK-08MM | 08mm Black Plastic Coil 100/Ctn | | 28.56 |

| | | | |
|---|---|---|---:|
| T-COIL-BLACK-10MM | 10mm Black Plastic Coil 100/Ctn | | 33.10 |
| T-COIL-BLACK-12MM | 12mm Black Plastic Coil 100/Ctn | | 27.87 |
| T-COIL-BLACK-14MM | 14mm Black Plastic Coil 100/Ctn | | 54.90 |
| T-GROMMETS-BRASS-.375IN | #2 3/8" Self Piercing Brass Grommets (500/bag) | | 84.80 |
| T-TABS5 | T-Tabs 5-bank | 9" x 11" | 246.34 |
| T-WF-20LB- BLUE-36X500-ROLL | 20# BLUE ENGINEERING 36"x500 Roll - 3in Core | 36" | 186.06 |
| T-WF-20LB- WHITE-36X500-ROLL | 20# WHITE ENGINEERING 36"x500 Roll - 3in Core | 36" | 67.46 |
| T-WF-H1625 BLACK INK | H1625 | | 1,035.40 |
| T-WF-H1625 CLEANING SOLVENT | H1625 CLEANING SOLVENT | | 285.86 |
| T-WF-H1625 CYAN INK | H1625 | | 1,035.40 |
| T-WF-H1625 MAGENTA INK | H1625 | | 868.40 |
| T-WF-H1625 WHITE INK | H1625 | | 440.00 |
| T-WF-H1625 YELLOW INK | H1625 | | 868.40 |
| T-WIRE-CUT-BLACK-.25IN | 1/4 Inch Black PreCut Twin Loop Wire | | 155.80 |
| T-WIRE-CUT-BLACK-.3125IN | 5/16 Inch Black PreCut Twin Loop Wire | | 114.97 |
| T-WIRE-CUT-BLACK-.375IN | 3/8 Inch Black PreCut Twin Loop Wire | | 58.92 |
| T-WIRE-CUT-BLACK-.4375IN | 7/16 Inch Black PreCut Twin Loop Wire | | 60.96 |
| T-WIRE-CUT-BLACK-.5625IN | 9/16 Inch Black PreCut Twin Loop Wire | | 104.33 |
| T-WIRE-SPOOL-BLACK-.375IN | 3/8 Inch Black Spool Twin Loop Wire | | 86.86 |
| T-WIRE-SPOOL-BLACK-.4375IN | 7/16 Inch Black Spool Twin Loop Wire | | 79.64 |

**Grand Totals:** **$ 19,155.81**

3  Copy Control Management, Inc.                                                        09/15/2019   12:13 PM
9-7114115                                    **Tax Property Detail**                                    Page 1
FYE: 12/31/2018

| Asset | Property Description | Date In Service | Tax Cost | Tax Prior Depreciation | Tax Current Depreciation | Tax End Depr |
|---|---|---|---|---|---|---|
| **PPT type - FL:  10 - Office furniture, office machines, & library** | | | | | | |
| **Date In Service for Year End: 12/31/15** | | | | | | |
| 3130 | 23" Challenge Paper Cutter | 5/01/15 | 4,250.95 | 3,026.67 | 489.71 | 3,516.38 |
| | Year End Total: 12/31/15 | | 4,250.95 | 3,026.67 | 489.71 | 3,516.38 |
| **Date In Service for Year End: 12/31/12** | | | | | | |
| 3127 | EFI EXPRESS V4.5 PROOFING RIP | 1/25/12 | 1,271.50 | 1,271.50 | 0.00 | 1,271.50 |
| | Year End Total: 12/31/12 | | 1,271.50 | 1,271.50 | 0.00 | 1,271.50 |
| **Date In Service for Year End: 12/31/11** | | | | | | |
| 3125 | HANCOCK PRINTING | 9/22/11 | 963.00 | 963.00 | 0.00 | 963.00 |
| 3124 | RICOH AMERICA EQUIPMENT | 3/16/11 | 3,200.00 | 3,200.00 | 0.00 | 3,200.00 |
| 3123 | MANDELLI 30" PAPER CUTTER | 1/24/11 | 6,500.00 | 6,500.00 | 0.00 | 6,500.00 |
| | Year End Total: 12/31/11 | | 10,663.00 | 10,663.00 | 0.00 | 10,663.00 |
| **Date In Service for Year End: 12/31/10** | | | | | | |
| 3122 | EQUIPMENT | 10/21/10 | 400.00 | 400.00 | 0.00 | 400.00 |
| | Year End Total: 12/31/10 | | 400.00 | 400.00 | 0.00 | 400.00 |
| **Date In Service for Year End: 12/31/09** | | | | | | |
| 369 | PREMIER BUSINESS | 10/01/09 | 200.00 | 200.00 | 0.00 | 200.00 |
| | Year End Total: 12/31/09 | | 200.00 | 200.00 | 0.00 | 200.00 |
| **Date In Service for Year End: 12/31/08** | | | | | | |
| 3116 | FASTBACK 9 STRIP BINDER | 8/28/08 | 1,795.50 | 1,795.50 | 0.00 | 1,795.50 |
| | Year End Total: 12/31/08 | | 1,795.50 | 1,795.50 | 0.00 | 1,795.50 |
| **Date In Service for Year End: 12/31/07** | | | | | | |
| 403 | JE 073107 Production Monitors | 7/31/07 | 1,230.45 | 1,230.45 | 0.00 | 1,230.45 |
| 404 | JE 073107 Chairs & Furnishings | 7/31/07 | 1,854.86 | 1,854.86 | 0.00 | 1,854.86 |
| 405 | JE 073107 Conf Room Furniture | 7/31/07 | 3,303.50 | 3,303.50 | 0.00 | 3,303.50 |
| 402 | JE 063007 Production TVs | 6/30/07 | 2,205.18 | 2,205.18 | 0.00 | 2,205.18 |
| | Year End Total: 12/31/07 | | 8,593.99 | 8,593.99 | 0.00 | 8,593.99 |
| **Date In Service for Year End: 12/31/03** | | | | | | |
| 358 | 2005 FAX | 4/01/03 | 1,609.00 | 1,609.00 | 0.00 | 1,609.00 |
| 359 | 2005 FAX | 4/01/03 | 1,609.00 | 1,609.00 | 0.00 | 1,609.00 |
| 360 | 2005 FAX | 4/01/03 | 1,609.00 | 1,609.00 | 0.00 | 1,609.00 |
| | Year End Total: 12/31/03 | | 4,827.00 | 4,827.00 | 0.00 | 4,827.00 |
| | **10 - Office furniture, office machines, & library** | | 32,001.94 | 30,777.66 | 489.71 | 31,267.37 |
| **PPT type - FL:  11 - EDP equipment, computers, word processors** | | | | | | |
| **Date In Service for Year End: 12/31/07** | | | | | | |
| 3111 | JE 122407 Laptop-Sales | 12/24/07 | 879.53 | 879.53 | 0.00 | 879.53 |
| 3110 | JE 122107 Duplo Docucutter Model 645 | 12/21/07 | 35,328.00 | 35,328.00 | 0.00 | 35,328.00 |
| 3109 | 391080221 Latitude D630 Laptop | 10/15/07 | 1,581.91 | 1,581.91 | 0.00 | 1,581.91 |
| 3108 | JE 083107 Apple Laptop | 8/31/07 | 4,264.30 | 4,264.30 | 0.00 | 4,264.30 |
| | Year End Total: 12/31/07 | | 42,053.74 | 42,053.74 | 0.00 | 42,053.74 |
| **Date In Service for Year End: 12/31/03** | | | | | | |
| 191 | DELL T500 COMPUTER | 4/01/03 | 734.00 | 734.00 | 0.00 | 734.00 |
| | Year End Total: 12/31/03 | | 734.00 | 734.00 | 0.00 | 734.00 |
| | **11 - EDP equipment, computers, word processors** | | 42,787.74 | 42,787.74 | 0.00 | 42,787.74 |
| | **Grand Total** | | 74,789.68 | 73,565.40 | 489.71 | 74,055.11 |

**Fill in this information to identify the case:**

Debtor name     **Copy Control Managment, Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| **2.1** | **Konica Minolta Premier** | Describe debtor's property that is subject to a lien | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **5x10 Colex flatbed cutter** | | |
| | **Finance** | | | |
| | **PO Box 35701** | | | |
| | **Billings, MT 59107** | Describe the lien | | |
| | Creditor's mailing address | | | |
| | | Is the creditor an insider or related party? | | |
| | | ☑ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |
| | | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **6001** | As of the petition filing date, the claim is: | | |
| | **Do multiple creditors have an interest in the same property?** | Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☑ Unliquidated | | |
| | | ☐ Disputed | | |

**3.     Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          **$0.00**

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Copy Control Managment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Brittanie Mallard**<br>**303 Wendal Ave.**<br>**Lithia, FL 33547** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,131.00 | $1,131.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Daniel Snyder**<br>**1966 Daimond Ct.**<br>**Oldsmar, FL 34677** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $800.00 | $800.00 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    53632                    Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**
       Name

Case number *(if known)*

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,365.40 | $11,365.40 |
|---|---|---|---|---|

**Donald F. Cayo Jr.**
**1966 Diamond Ct.**
**Oldsmar, FL 34677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,685.67 | $0.00 |
|---|---|---|---|---|

**Florida Dept. of Revenue**
**5050 W. Tennessee St.**
**Tallahassee, FL 32399-0180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**sales tax**

Last 4 digits of account number **9073**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Florida Dept. of Revenue**
**5050 West Tennessee St.**
**Tallahassee, FL 32399-0100**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Franchise and excise tax**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $266.78 | $266.78 |
|---|---|---|---|---|

**Isaac Edwards**
**19108 Cherry Rose Cir.**
**Lutz, FL 33558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Copy Control Managment, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,080.00 | $2,080.00 |
|---|---|---|---|---|

**Juan Ramirez**
**13510 Majestic Pine Way**
**Riverview, FL 33579**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,235.00 | $1,235.00 |
|---|---|---|---|---|

**Kristine Cayo**
**678 County Road 481 West**
**Lake Panasoffkee, FL 33538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.52 | $461.52 |
|---|---|---|---|---|

**Leon Richardson**
**463 Summer Sails Dr.**
**Valrico, FL 33594**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,161.00 | $1,161.00 |
|---|---|---|---|---|

**Nirav Desai**
**10403 Mulligan Ct.**
**Tampa, FL 33647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred | Basis for the claim:

Last 4 digits of account number | Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Copy Control Managment, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| 2.11 | Priority creditor's name and mailing address<br>**Phillip Kennedy**<br>**2237 Hollow Forest Ct.**<br>**Wesley Chapel, FL 33543** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,538.46**    **$6,538.46** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.12 | Priority creditor's name and mailing address<br>**Robert Cayo**<br>**18805 Cypress Shores Dr.**<br>**Lutz, FL 33548** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,596.16**    **$10,596.16** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.13 | Priority creditor's name and mailing address<br>**Saul Galan**<br>**14018 Pomelo Pl.**<br>**Tampa, FL 33625** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$232.00**    **$232.00** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.14 | Priority creditor's name and mailing address<br>**Susan Snyder**<br>**1966 Diamond Ct.**<br>**Oldsmar, FL 34677** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,538.46**    **$6,538.46** |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

---

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Copy Control Managment, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,636.76** |
|---|---|---|---|
| | **Accurate Laminating** | ☐ Contingent | |
| | **1307 W. Gray St.** | ☐ Unliquidated | |
| | **Tampa, FL 33606** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7.30** |
|---|---|---|---|
| | **ADP, LLC** | ☐ Contingent | |
| | **One ADP Drive** | ☐ Unliquidated | |
| | **MS-100** | ☐ Disputed | |
| | **Augusta, GA 30909** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$609.90** |
|---|---|---|---|
| | **Bright House Networks** | ☐ Contingent | |
| | **PO Box 31710** | ☐ Unliquidated | |
| | **Tampa, FL 33631-3710** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,689.00** |
|---|---|---|---|
| | **Capital One** | ☐ Contingent | |
| | **PO Box 60599** | ☐ Unliquidated | |
| | **City of Industry, CA 91716-0599** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  3292** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,359.68** |
|---|---|---|---|
| | **Donald F. Cayo Jr.** | ☐ Contingent | |
| | **1966 Diamond Ct.** | ☐ Unliquidated | |
| | **Oldsmar, FL 34677** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Doug Beldon, Tax Collector** | ☐ Contingent | |
| | **PO Box 30012** | ☐ Unliquidated | |
| | **Tampa, FL 33630** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** <u>NOTICE PURPOSES ONLY</u> | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,797.00** |
|---|---|---|---|
| | **Eastgroup Properties** | ☐ Contingent | |
| | **PO Box 534563** | ☐ Unliquidated | |
| | **Atlanta, GA 30353-4563** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number  1731** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Copy Control Managment, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,809.43** |
|---|---|---|---|

**Federal Express**
PO Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31.00** |
|---|---|---|---|

**Federal Express**
PO Box 660481
Dallas, TX 75266-0481

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150,782.00** |
|---|---|---|---|

**Flagship Community Bank**
4095 Tampa Rd.
Oldsmar, FL 34677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **PPP Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$490.49** |
|---|---|---|---|

**Humana**
PO Box 531724
Atlanta, GA 30353-1724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency**
**Operations**
PO Box 7346
Philadelphia, PA 19101-7346

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICES PURPOSES ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,636.10** |
|---|---|---|---|

**Konica Minolta**
PO Box 105710
Atlanta, GA 30353-1724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,891.98** |
|---|---|---|---|

**Konica Minolta Business**
**Solutions USA Inc.**
Dept. at 952823
Atlanta, GA 31192-2823

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Copy Control Managment, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,311.50** |
|---|---|---|---|

**Konica Minolta Premier Financing**
PO Box 105710
Atlanta, GA 30348

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Konica Minolta Premier Finance**
PO Box 35701
Billings, MT 59107

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UCC__

Last 4 digits of account number __4001__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Konica Minolta Premier Finance**
PO Box 35701
Billings, MT 59107

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __UCC__

Last 4 digits of account number __4002__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$309.53** |
|---|---|---|---|

**Milner Inc.**
PO Box 923197
Norcross, GA 30010-3197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Rickard & Harrell, PA**
2101 16th St. North
Saint Petersburg, FL 33704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,605.28** |
|---|---|---|---|

**Ricoh USA, Inc.**
3920 Arkwright Rd.
Ste. 400
Macon, GA 31210

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$865,857.20** |
|---|---|---|---|

**Ricoh USA, Inc.**
70 Valley Stream Parkway
Malvern, PA 19355

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Copy Control Managment, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$320,380.23**

Robert Cayo
18805 Cypress Shores Dr.
Lutz, FL 33548

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **loan to business**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,694.59**

Staples Advantage
Dept. ATL
Atlanta, GA 30384-5386

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,087.91**

Tampa Electric
PO Box 31318
Tampa, FL 33631-3318

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  **9993**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,459.38**

United Healthcare
Insurance
6750 N. Andrews Ave.
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29.04**

United Healthcare Insurance
6750 N. Andrews Ave.
Fort Lauderdale, FL 33309

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$417.72**

Waste Connections of Florida
PO Box 660389
Dallas, TX 75266-0389

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,749.38**

Xerox Corp
PO Box 660501
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Copy Control Managment, Inc.**                              Case number *(if known)* _____
_____
Name

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125,001.96** |

**Xerox Corp**
**PO Box 660501**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,170.44** |

**Xerox Corp**
**PO Box 660501**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$19,073.72** |

**Xerox Corp**
**PO Box 660501**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$71,481.20** |

**Xerox Corp**
**PO Box 660501**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$116,195.96** |

**Xerox Corp**
**PO Box 660501**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$87,588.03** |

**Xerox Corp**
**PO Box 660501**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$256,202.81** |

**Xerox Corp**
**PO Box 660501**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  promissory note

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Copy Control Managment, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Ricoh USA, Inc.**<br>**c/o Burr & Forman LLP**<br>**201 N. Franklin St.**<br>**Ste. 3200**<br>**Tampa, FL 33602** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 44,191.45 |
| **5b. Total claims from Part 2** | 5b. + | $ | 2,136,856.52 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,181,047.97 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Copy Control Managment, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases  12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of residential real property located at 5731 Benjamin Cetner Dr., Tampa, FL 33634, 60 month lease expires 8/31/22**<br>**29 months** |
| | **Eastgroup Properties**<br>**PO Box 534563**<br>**Atlanta, GA 30353-4563** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Accuriowide 160 4C+W - 1.6M UV Wide Format Printer 60 months for $2,450.11 per month**<br>**55** |
| | **Konica Minolta Premier Finance**<br>**PO Box 35701**<br>**Billings, MT 59107** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **lease of multiple copiers and equipment**<br><br>**30 months** |
| | **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name      **Copy Control Managment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Donald Cayo** | **1966 Diamond Ct.** <br> **Oldsmar, FL 34677** | **Xerox Corp** | ☐ D _____ <br> ■ E/F __3.28__ <br> ☐ G _____ |
| 2.2 | **Donald Cayo** | **1966 Diamond Court** <br> **Oldsmar, FL 34677** | **Xerox Corp** | ☐ D _____ <br> ■ E/F __3.29__ <br> ☐ G _____ |
| 2.3 | **Donald Cayo** | **1966 Diamond Ct.** <br> **Oldsmar, FL 34677** | **Xerox Corp** | ☐ D _____ <br> ■ E/F __3.35__ <br> ☐ G _____ |
| 2.4 | **Robert Cayo** | **18805 Cypress Shores Dr.** <br> **Lutz, FL 33548** | **Capital One** | ☐ D _____ <br> ■ E/F __3.4__ <br> ☐ G _____ |
| 2.5 | **Robert Cayo** | **18805 Cypress Shores Dr.** <br> **Lutz, FL 33548** | **Xerox Corp** | ☐ D _____ <br> ■ E/F __3.28__ <br> ☐ G _____ |

| Debtor | **Copy Control Managment, Inc.** | | Case number *(if known)* | |

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 **Robert Cayo** | 18805 Cypress Shores Dr.<br>Lutz, FL 33548 | **Xerox Corp** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.7 **Robert Cayo** | 18805 Cypress Shores Dr.<br>Lutz, FL 33548 | **Xerox Corp** | ☐ D _____<br>■ E/F __3.35__<br>☐ G _____ |
| 2.8 **US Small Bus.<br>Administration** | 409 3rd Street, SW<br>Washington, DC 20416 | **Flagship Community<br>Bank** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Copy Control Managment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$291,955.00** |
   | **For prior year:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$1,876,893.00** |
   | **For year before that:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,266,337.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **ADP, LLC**<br>**One ADP Drive**<br>**MS-100**<br>**Augusta, GA 30909** | **bi-weekly payroll and payroll services** | **$141,658.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Capital One**<br>**PO Box 60599**<br>**City of Industry, CA 91716-0599** | | **$16,200.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Eastgroup Properties**<br>**PO Box 534563**<br>**Atlanta, GA 30353-4563** | **regular monthly payments of $17,440.83** | **$52,799.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**rent**__ |
| 3.4. **Federal Express**<br>**PO Box 660481**<br>**Dallas, TX 75266-0481** | | **$12,580.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Konica Minolta Premier Financing**<br>**PO Box 105710**<br>**Atlanta, GA 30348** | | **$13,180.46** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Mac Paper**<br>**PO Box 930513**<br>**Atlanta, GA 31193-0513** | | **$19,591.51** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Tampa Electric**<br>**PO Box 31318**<br>**Tampa, FL 33631-3318** | | **$5,804.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. **United Healthcare Insurance**<br>**6750 N. Andrews Ave.**<br>**Fort Lauderdale, FL 33309** | | **$8,039.73** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor    **Copy Control Managment, Inc.** _____    Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer _Check all that apply_ |
|---|---|---|---|
| 3.9. **Xerox Corp**<br>**PO Box 660501**<br>**Dallas, TX 75266** | | $8,039.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Robert Cayo**<br>**18805 Cypress Shores**<br>**Lutz, FL 33548**<br>**President & Shareholder** | **1/17/20**<br>**$9000, 3/6/20**<br>**$4,500 &**<br>**3/16/20**<br>**$12,500** | $26,000.00 | **repayment of payroll loan** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Ricoh USA, Inc.**<br>**70 Valley Stream Parkway**<br>**Malvern, PA 19355** | **TD Bank garnishment**<br>Last 4 digits of account number: __9309__ | **02/19/20** | $31,310.81 |
| **Ricoh USA, Inc.**<br>**70 Valley Stream Parkway**<br>**Malvern, PA 19355** | **Miller Heiman Group, Inc. Garnishment**<br>Last 4 digits of account number: _____ | **04/02/20** | $33,334.92 |
| **Ricoh USA, Inc.**<br>**70 Valley Stream Parkway**<br>**Malvern, PA 19355** | **AchieveForum Garnishment**<br>Last 4 digits of account number: _____ | **04/02/20** | $16,695.56 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**                                    Case number *(if known)*

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Ricoh USA, Inc. v. Copy Control Management, Inc.** **19-CA-001330** | breach of contract | **13th Judicial Circuit Court Hillsborough County** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Copy Control Managment, Inc.** | Case number *(if known)* | |
|---|---|---|---|

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TD Bank** | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **frozen** | $30,889.06 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**                                      Case number *(if known)*

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**                          Case number *(if known)* _____

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    **Xerox Corp**
**PO Box 660501**
**Dallas, TX 75266**

26d.2.    **Ricoh USA, Inc.**
**3920 Arkwright Rd.**
**Ste. 400**
**Macon, GA 31210**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.**                                        Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Cayo | 18805 Cypress Shores<br>Lutz, FL 33548 | **President and Shareholder** | **43.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald Cayo | 1966 Diamond Court<br>Oldsmar, FL 34677 | **Sales Manager & Shareholder** | **42.5%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon Brener | 606 Regent Park Dr.<br>Mount Juliet, TN 37122 | **Shareholder** | **7%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Robert Starace | 2841 Park Meadow Dr.<br>Valrico, FL 33594 | **Shareholder** | **7%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Copy Control Managment, Inc.** _____    Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 21, 2020** _____

**/s/ Robert Cayo** _____    **Robert Cayo** _____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re  **Copy Control Managment, Inc.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Donald F. Cayo Jr.**<br>**1966 Diamond Ct.**<br>**Oldsmar, FL 34677** | | | **42.5%** |
| **Jon Brener**<br>**606 Regent Park Dr.**<br>**Mount Juliet, TN 37122** | | | **7%** |
| **Robert Cayo**<br>**18805 Cypress Shores Dr.**<br>**Lutz, FL 33548** | | | **43.5%** |
| **Robert Starace**<br>**2841 Park Meadow Dr.**<br>**Valrico, FL 33594** | | | **7%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 21, 2020**

Signature  **/s/ Robert Cayo**

**Robert Cayo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   __Copy Control Managment, Inc.__ _____   Case No. _____
                                        Debtor(s)        Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.


Date:   __April 21, 2020__ _____        __/s/ Robert Cayo__ _____
                                                    __Robert Cayo__/__President__
                                                    Signer/Title

Copy Control Managment, Inc.
5731 Benjamin Center Dr.
Tampa, FL 33634

Donald Cayo
1966 Diamond Court
Oldsmar, FL 34677

Internal Revenue Service
Centralized Insolvency
Operations
PO Box 7346
Philadelphia, PA 19101-7346

Daniel Etlinger
David Jennis, PA d/b/a Jennis Law Firm
606 East Madison Street
Tampa, FL 33602

Donald F. Cayo Jr.
1966 Diamond Ct.
Oldsmar, FL 34677

Isaac Edwards
19108 Cherry Rose Cir.
Lutz, FL 33558

Accurate Laminating
1307 W. Gray St.
Tampa, FL 33606

Doug Beldon, Tax Collector
PO Box 30012
Tampa, FL 33630

Juan Ramirez
13510 Majestic Pine Way
Riverview, FL 33579

ADP, LLC
One ADP Drive
MS-100
Augusta, GA 30909

Eastgroup Properties
PO Box 534563
Atlanta, GA 30353-4563

Konica Minolta
PO Box 105710
Atlanta, GA 30353-1724

Bright House Networks
PO Box 31710
Tampa, FL 33631-3710

Federal Express
PO Box 660481
Dallas, TX 75266-0481

Konica Minolta Business
Solutions USA Inc.
Dept. at 952823
Atlanta, GA 31192-2823

Brittanie Mallard
303 Wendal Ave.
Lithia, FL 33547

Flagship Community Bank
4095 Tampa Rd.
Oldsmar, FL 34677

Konica Minolta Premier
Financing
PO Box 105710
Atlanta, GA 30348

Capital One
PO Box 60599
City of Industry, CA 91716-0599

Florida Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399-0180

Konica Minolta Premier
Finance
PO Box 35701
Billings, MT 59107

Daniel Snyder
1966 Daimond Ct.
Oldsmar, FL 34677

Florida Dept. of Revenue
5050 West Tennessee St.
Tallahassee, FL 32399-0100

Kristine Cayo
678 County Road 481 West
Lake Panasoffkee, FL 33538

Donald Cayo
1966 Diamond Ct.
Oldsmar, FL 34677

Humana
PO Box 531724
Atlanta, GA 30353-1724

Leon Richardson
463 Summer Sails Dr.
Valrico, FL 33594

Milner Inc.
PO Box 923197
Norcross, GA 30010-3197

Staples Advantage
Dept. ATL
Atlanta, GA 30384-5386

Nirav Desai
10403 Mulligan Ct.
Tampa, FL 33647

Susan Snyder
1966 Diamond Ct.
Oldsmar, FL 34677

Phillip Kennedy
2237 Hollow Forest Ct.
Wesley Chapel, FL 33543

Tampa Electric
PO Box 31318
Tampa, FL 33631-3318

Rickard & Harrell, PA
2101 16th St. North
Saint Petersburg, FL 33704

United Healthcare
Insurance
6750 N. Andrews Ave.
Fort Lauderdale, FL 33309

Ricoh USA, Inc.
3920 Arkwright Rd.
Ste. 400
Macon, GA 31210

United Healthcare Insurance
6750 N. Andrews Ave.
Fort Lauderdale, FL 33309

Ricoh USA, Inc.
70 Valley Stream Parkway
Malvern, PA 19355

US Small Bus. Administration
409 3rd Street, SW
Washington, DC 20416

Ricoh USA, Inc.
c/o Burr & Forman LLP
201 N. Franklin St.
Ste. 3200
Tampa, FL 33602

Waste Connections of Florida
PO Box 660389
Dallas, TX 75266-0389

Robert Cayo
18805 Cypress Shores Dr.
Lutz, FL 33548

Xerox Corp
PO Box 660501
Dallas, TX 75266

Saul Galan
14018 Pomelo Pl.
Tampa, FL 33625

# United States Bankruptcy Court
## Middle District of Florida

In re   **Copy Control Managment, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Copy Control Managment, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 21, 2020

Date

/s/ Daniel Etlinger

**Daniel Etlinger**

Signature of Attorney or Litigant

Counsel for   **Copy Control Managment, Inc.**

**David Jennis, PA d/b/a Jennis Law Firm**
**606 East Madison Street**
**Tampa, FL 33602**
**(813) 229-2800**
**ecf@JennisLaw.com**